| **Fill in this information to identify the case**: | |
|---|---|
| United States Bankruptcy Court for the: Southern District of Texas (State) | |
| Case number *(if known)*: _____   Chapter  11 | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | **Debtor's Name** | **Auto Plus Auto Sales LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Auto Plus Auto Parts; Auto Plus; AP Auto Sales LLC; AP Acquisition Company NYC LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0546921** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **112 Townpark Drive NW**<br>Number     Street<br>**Suite 300**<br><br>**Kennesaw**         **GA**    **30144**<br>City                        State   Zip Code<br><br>**Cobb County**<br>County | Number     Street<br><br>P.O. Box<br><br>City     State     Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br><br>City     State     Zip Code |

| 5. | **Debtor's website** (URL) | autoplusap.com |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP) |

Debtor     **Auto Plus Auto Sales LLC**                              Case number *(if known)*_____
       Name

☐ Other. Specify: _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check One:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | <u>4413</u> |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:* |
| | ☐ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ☒ Chapter 11.  *Check all that apply:* |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| |                             MM/DD/YYYY |

Debtor __Auto Plus Auto Sales LLC__   Case number *(if known)* _____
         Name

|  | District | When | Case number |
|---|---|---|---|
| If more than 2 cases, attach a separate list. | | MM/DD/YYYY | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.    Debtor    **See Rider 1**              Relationship    **Affiliate**

District   **Southern District of Texas**

When   **01/31/2023**
       MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number   Street

_____
City                    State    Zip Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

[1] The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

Debtor   **Auto Plus Auto Sales LLC**                                    Case number *(if known)* _____
             Name

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/31/2023**
                   MM/ DD / YYYY

× **/s/ John Michael Neyrey**                                    **John Michael Neyrey**
   Signature of authorized representative of debtor               Printed name

   Title   **Chief Executive Officer**

**18. Signature of attorney**

× **/s/ Veronica A. Polnick**                                    Date  **01/31/2023**
   Signature of attorney for debtor                                        MM/DD/YYYY

**Veronica A. Polnick**
Printed name

**JACKSON WALKER LLP**
Firm name

**1401 McKinney Street, Suite 1900**
Number            Street

**Houston**                                              **Texas**         **77010**
City                                                      State            ZIP Code

**(713) 752 -4200**                                      **vpolnick@jw.com**
Contact phone                                             Email address

**24079148**                                             **Texas**
Bar number                                                State

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** (State) |
| Case number *(if known)*: _____  Chapter __11__ |

☐ Check if this is an amended filing

**Rider 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of IEH Auto Parts Holding LLC.

- IEH Auto Parts Holding LLC
- AP Acquisition Company Clark LLC
- AP Acquisition Company Gordon LLC
- AP Acquisition Company Massachusetts LLC
- AP Acquisition Company Missouri LLC
- AP Acquisition Company New York LLC
- AP Acquisition Company North Carolina LLC
- AP Acquisition Company Washington LLC
- Auto Plus Auto Sales LLC
- IEH AIM LLC
- IEH Auto Parts LLC
- IEH Auto Parts Puerto Rico, Inc.
- IEH BA LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Auto Plus Auto Sales LLC, | ) | Case No. 23-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| IEH Auto Parts LLC | 112 Townpark Drive NW, Suite 300 Kennesaw, GA 30144 | Membership Interest | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Auto Plus Auto Sales LLC, | Case No. 23-_____(___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| IEH Auto Parts LLC | 100% of membership interests of Auto Plus Auto Sales LLC |
| IEH Auto Parts Holding LLC | 100% of membership interests of IEH Auto Parts LLC |
| Icahn Automotive Group LLC | 100% of membership interests of IEH Auto Parts Holding LLC |
| IEP Energy Holding LLC | 100% of membership interests of Icahn Automotive Group LLC |
| American Entertainment Properties Corp. | 100% of membership interests of IEP Energy Holdings LLC |
| Icahn Enterprises Holdings LP | 100% of equity interests of American Entertainment Properties Corp. |
| Icahn Enterprises G.P. Inc. | 1% general partner interest in Icahn Enterprises Holdings LP |
| Icahn Enterprises L.P. | 99% limited partner interest in Icahn Enterprises Holdings LP |

| | |
|---|---|
| Fill in this information to identify the case and this filing: | |
| Debtor Name   Auto Plus Auto Sales LLC | |
| United States Bankruptcy Court for the:   Southern District of Texas | |
| | (State) |
| Case number (If known): | |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

01/31/2023            ☒ /s/ *John Michael Neyrey*
MM/ DD/YYYY        Signature of individual signing on behalf of debtor
                    **John Michael Neyrey**
                    Printed name
                    **Chief Executive Officer**
                    Position or relationship to debtor

Official Form 202                                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name Auto Plus Auto Sales LLC |
| United States Bankruptcy Court for the: _____ District of _____ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Federal-Mogul Corporation Anco<br>5050 Kingsley, Retail Lockbox 1MOC1N<br>Cincinnati, OH 45227 | Michael Duffy, Director of AR<br>248-914-6925<br>michael.duffy@driv.com | | | | | $20,563,185 |
| 2 | Mann + Hummel Purolator Filters LLC<br>Plot No. 231/1 Stage 3rd Phase<br>Peenya Industrial Area<br>Bengaluru, India 860 058 | Ajay Tikare, Senior Associate Accounts Receivable<br>26-3297-2555<br>Ajay.tikare@mann-hummel.com | | | | | $16,307,257 |
| 3 | Gates Corporation<br>1144 Fifteenth Street, Suite 1400<br>Denver, CO 80202 | Natalie Maxwell, Accounts Manager<br>303-744-5134<br>Natalie.maxwell@gates.com | | | | | $9,090,466 |
| 4 | Warren Distribution<br>950 S. 10th Street, Suite 300<br>Omaha, NE 68108 | Brett Bartling, Credit Manager<br>402-977-5840<br>Brett.bartling@highlinewarren.com | | | | | $7,272,904 |
| 5 | Standard Motor Products Inc.<br>37-18 Northern Blvd. 6th Floor<br>Long Island, NY 11101 | Darcey Keene, Director, Corporate Credit & Collections<br>972-316-8110<br>Darcey.keene@4s.com | | | | | $6,118,573 |
| 6 | Monroe Auto Equipment Co.<br>5050 Kingsley<br>Retail Lockbox 1MOC1N<br>Cincinnati, OH 4227 | Michael Duffy, Director of AR<br>248-914-6925<br>Michael.duffy@driv.com | | | | | $4,336,511 |
| 7 | Walker Manufacturing Company<br>5050 Kingsley<br>Retail Lockbox 1MOC1N<br>Cincinnati, OH 4227 | Michael Duffy, Director of AR<br>248-914-6925<br>Michael.duffy@driv.com | | | | | $4,018,554 |

Debtor      IEH Auto Parts Holding LLC
            Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Ford Motion Company<br>Dept. CH 14147<br>Palatine, IL 60055-4147 | Sunil Kumar, Global Receivables<br>Ssunilk2@ford.com | | | | | $4,006,411 |
| 9 | Axalta Coatings Systems LLC<br>50 Applied Bank Blvd. Suite 300<br>Glen Mills, PA 19342 | Ryann Direnzo, Credit Analyst<br>Ryann.direnzo@axalta.com | | | | | $3,584,162 |
| 10 | YBM Industries CO Limited<br>707-713 Nathan Rd.<br>Mongkok, LKN, China | Alice<br>86-21-803-44208<br>Sales20@ybmindustries.com | | | | | $3,455,800 |
| 11 | Dorman Products Inc.<br>3400 E. Walnut Street<br>Colmar, PA 18915 | Lauren Scott, AR Coordinator<br>rgarequests@dormanproducts.com | | | | | $3,510,859 |
| 12 | Transworld Accurate Brake LTD<br>600 Territorial Dr. Unit D<br>Bolingbrook, IL 60440 | Jun Zou<br>630-226-1889 ext. 2<br>junzou@accuratebrake.com | | | | | $3,086,515 |
| 13 | Four Season Division of Standard Motor Products<br>37-18 Northern Blvd. 6th Floor<br>Long Island, NY 11101 | Darcey Keene, Director, Corporate Credit & Collections<br>972-316-8110<br>Darcey.keene@4s.com | | | | | $2,417,422 |
| 14 | Continental Battery Systems<br>8585 N. Stemmons Fwy. South Tower, 6th Floor Suite 600<br>Dallas, TX 75247 | Brian Chesnut, Corporate Controller<br>bchesnut@gocbs.com | | | | | $2,157,090 |
| 15 | IAP Dura International<br>11 Distribution Blvd. Suite A<br>Edison, NJ 08817-6005 | Lisa Hurff, Credit Manager<br>732-510-4747<br>lhurff@duragoparts.com | | | | | $1,999,317 |
| 16 | Highline-Warren LLC<br>950 S. 10th St. Suite 300<br>Omaha, NE 68108 | Brett Bartling, Credit Manager<br>402-977-5840<br>Brett.barling@highlinewarren.com | | | | | $1,988,647 |
| 17 | Wilmar Corporation<br>20413 59th PL South Suite 160<br>Kent, WA 98032 | | | | | | $1,590,724 |
| 18 | 3M<br>3M Center 225-5S-14<br>St. Paul, MN 55144 | Jacque Derocker-Lenihan, US Operations Representative | | | | | $1,534,661 |
| 19 | Trico Products<br>127 Public Square Suite 5300<br>Cleveland, OH 44114 | Maks Chernyavsky, Director of Finance | | | | | $1,517,039 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        page 2

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 20 | Delphi Automotive Systems<br>22654 Network P<br>Chicago, IL 60673-1226 | c/o JP Morgan Chase | | | | | $925,824 |
| 21 | CRS Automotive Parts Inc.<br>83 Carrington Lane<br>Uxbridge, MA 01569 | Ashwini Angira, AR/AP<br>ashwiniz@aol.com | | | | | $925,286 |
| 22 | Agility Auto Parts Inc.<br>3000 E. Pioneer Parkway, Suite 160<br>Arlington, TX 76010 | Jeff Marquis, Director of Sales<br>jmarquis@apdius.com<br>412-257-5288 | | | | | $896,700 |
| 23 | Curt Manufacturing Inc.<br>BIN 88006<br>Milwaukee, WI 53288-006 | Ginger Olson, Accounts Receivable Supervisor<br>Ginger.olson@curtgroup.com<br>715-471-6912 | | | | | $866,479 |
| 24 | Denso Sales of California Inc.<br>3900 Via Oro Avenue<br>Long Beach, CA 90810 | Shekhar Chethikattil, Manager Credit & Financial Services | | | | | $821,319 |
| 25 | Sopus Products-Shell/Pennzoil<br>P.O. Box 7247-6236<br>Philadelphia, PA 19170-6236 | Zen-Mary Tatac<br>832-337-1388<br>Zen-mary.tatac@shell.com | | | | | $815,324 |
| 26 | Northern Battery<br>8585 N. Stemmons Fwy South Tower<br>6th Floor Suite 600<br>Dallas, TX 75247 | Brian Chesnut, Corporate Controller<br>bchesnut@gocbs.com | | | | | $812,251 |
| 27 | Old World Industries LLC<br>3100 Sanders Road, Suite 400<br>Northbrook, IL 60062 | Jennifer Murray, Credit Manager<br>847-559-2235<br>jmurray@owi.com | | | | | $651,176 |
| 28 | Warren Oil Company Inc.<br>950 S. 10th St. Suite 300<br>Omaha, NE 68108 | Brett Bartling, Credit Manager<br>402-977-5840<br>Brett.bartling@highlinewarren.com | | | | | $626,366 |
| 29 | Interstate Batteries<br>12770 Merit Drive, Suite 1000<br>Dallas, TX 75251 | Duran Pfeiffer<br>618-203-9438<br>Duran.pfeiffer@ibsa.com | | | | | $613,638 |
| 30 | NGK Spark Plugs (USA) Inc.<br>46929 Magellan Drive<br>Wixom, MI 48393 | Rabia Alleik, AR Coordinator/Cash Application Specialist<br>248-926-6044<br>raalleik@ngksparkplugs.com | | | | | $585,995 |

# WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# IEH AUTO PARTS HOLDING LLC

### JANUARY 31, 2023

The undersigned, being all of the members of the Board of Directors (the "Board") of IEH AUTO PARTS HOLDING LLC (the "Company") hereby consent in writing to the taking of the following actions and adopting the following resolutions without a meeting, as authorized by Section 6 of the Second Amended and Restated Operating Agreement of the Company, dated January 1, 2021 (the "Operating Agreement"), as amended from time to time, to the same effect and for all purposes as if adopted at a duly called meeting of the Board, in accordance with the Operating Agreement.

WHEREAS, pursuant to Section 6 of the Operating Agreement, the Board has the authority to manage the Company and is authorized to make any and all contracts and decisions, enter into transactions and make and obtain any commitment on behalf of the Company to conduct or further its business.

WHEREAS, the Company deems it advisable and in the best interest of the Company and its subsidiaries to file bankruptcy under Chapter 11 of the US Code (the "Chapter 11 Case") and grant Mohsin Meghji, in his capacity as an independent member of the Board, and to each other member of the Board (collectively, the "Authorized Persons") the power and authority to authorize, execute, and approve on behalf of the Company and its subsidiaries all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy, obtaining post-petition financing, and selling the assets of the Company and its subsidiaries (the "Bankruptcy Matters").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters;

RESOLVED, the Authorized Persons of the Company are hereby authorized to execute and file any and all documents as may be necessary or desirable in connection with the filing of the Chapter 11 Case and are authorized and directed to appear in the Chapter 11 Case and in all proceedings in the case on behalf of the Company and its subsidiaries and to otherwise do and perform all acts and deeds and execute and deliver all necessary documents on behalf of the Company in connection with such Chapter 11 Case and any provision of the Bankruptcy Code or Rules and any and all other matters which are related thereto;

RESOLVED that the Authorized Persons are hereby authorized and directed to employ legal counsel and other professionals and advisors to represent the Company in such Chapter 11 Case, including without limitation, the law firm of Jackson Walker LLP, as outside bankruptcy counsel, and to pay such law firms each a retainer of seven hundred fifty thousand dollars ($750,000) for representing the Company in the Chapter 11 Case;

DocuSign Envelope ID: BA770536-4A06-4C62-8CF8-592727283851
Case 23-90055 Document 1 Filed in TXSB on 01/31/23 Page 13 of 14

2

RESOLVED, the Authorized Persons of the Company are authorized and empowered to obtain postpetition financing according to the terms which may be negotiated and approved by the Authorized Persons;

RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Authorized Persons of the Company in connection with any of the foregoing matters in all respects are hereby ratified, confirmed and approved; and

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any director, manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

[*Signature Page Follows*.]

35010880v.3

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**BOARD OF DIRECTORS:**

*Mohsin Meghji*

Mohsin Meghji

*Sean Cooney*

Sean Cooney

*David Willetts*

David Willets

*[signature]*

Hunter Gary